UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGLA L. GATES,    Case No. 18-47902-MBM
                   Chapter 7
        Debtor.    HON. MARCI B. MCIVOR
_____/

## TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEYS

**NOW COMES** Trustee, Wendy Turner Lewis, and applies to this Court for authority to employ the firm of Dakmak Peurach, P.C. to act as attorneys for the Trustee in this bankruptcy proceeding, and states as follows:

1. The Debtor initiated this bankruptcy proceeding pursuant to the filing of a petition in bankruptcy under Chapter 7 of the Bankruptcy Code. The Trustee is the Debtor's duly appointed Chapter 7 Trustee.

2. The Trustee desires to retain the services of Dakmak Peurach, P.C. to represent the Trustee in this Chapter 7 bankruptcy case. The partners and associates of Dakmak Peurach, P.C. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have expertise with regard to bankruptcy, debtor/creditor matters and other related matters in cases under the Bankruptcy Code.

3. The normal hourly billing rates of Dakmak Peurach, P.C. are $325.00 per hour for partners and $225.00 per hour for associates. It is contemplated that

the law firm will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that the law firm will seek interim compensation as permitted by 11 USC §331.

4. As it appears from the attached Affidavit, Dakmak Peurach, P.C. believes it to be "disinterested" under 11 USC §327 and the Trustee believes it to be in the best interest of the estate that Dakmak Peurach, P.C. be retained to represent the Trustee.

**WHEREFORE**, Trustee, Wendy Turner Lewis, respectfully requests that this Court enter an Order authorizing the employment of Dakmak Peurach, P.C. A proposed Order is attached hereto as **Exhibit A**.

| DAKMAK PEURACH, P.C. | LAW OFFICES OF WENDY TURNER LEWIS, PLLC |
|---|---|
| By: /s/ Robert A. Peurach | By: /s/ Wendy Turner Lewis (with consent) |
| Robert A. Peurach (P34446)<br>Atty. for Trustee<br>41740 Six Mile Rd., Ste. 101<br>Northville, MI 48168<br>248-349-0500/349-0600<br>rpeurach@gdakmak.com | Wendy Turner Lewis (P39505)<br>Chapter 7 Trustee<br>444 W. Willis St., Unit 101<br>Detroit, MI 48201<br>313-832-5555/832-5566<br>wtlewis@ameritech.net |
| Date: August 15, 2018 | Date: August 23, 2018 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGLA L. GATES,  Case No. 18-47902-MBM
 Chapter 7
 Debtor.  HON. MARCI B. MCIVOR
_____/

## ORDER GRANTING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEYS

This matter having been brought before the Court pursuant to the Trustee's Application for Authority to Employ Attorneys (the "Application"), and the Court having reviewed the Application and the Affidavit submitted in support thereof, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the Trustee be and is hereby authorized to employ the law firm of Dakmak Peurach, P.C. to act as the Trustee's attorneys in this bankruptcy case. The compensation to be paid to the law firm shall be subject to approval of this Court.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGLA L. GATES,   Case No. 18-47902-MBM
  Chapter 7
  Debtor.   HON. MARCI B. MCIVOR
_____/

## AFFIDAVIT OF DISINTEREST

STATE OF MICHIGAN)
                 ) SS
COUNTY OF WAYNE )

Robert A. Peurach, being duly sworn, deposes and states as follows:

1. He is the shareholder of the law firm of Dakmak Peurach, P.C., a Michigan professional corporation.

2. The Trustee has requested the law firm of Dakmak Peurach, P.C. to represent the Trustee in the above captioned bankruptcy case pursuant to the terms of the Application filed herewith.

3. The shareholders and associates of Dakmak Peurach, P.C. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and they have expertise with regard to bankruptcy, debtor/creditor matters and other related matters and cases arising under the Bankruptcy Code.

4. Normal hourly billing rates of the law firm at the time of this Application are $325.00 per hour for partners and $225.00 per hour for associates. It is contemplated that the law firm will seek compensation based upon normal and usual hourly billing rates.

5. Neither he nor any member of the firm, insofar as he has been able to ascertain, has any connection with the above named Debtor, the Debtor's creditors, or any other party in interest, or their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

6. Neither he, nor any member of the firm, insofar as he has been able to ascertain, represents any interest adverse to that of the estate. Based on the foregoing, he believes that the law firm of Dakmak Peurach, P.C. is a "disinterested person" within the meaning of 11 USC §§101(14) and 327 of the Bankruptcy Code.

7. He declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Robert A. Peurach

Robert A. Peurach (P34446)
Dakmak Peurach, P.C.
41740 Six Mile Road, Ste. 101
Northville, MI 48168
248-349-0500/349-0600 (fax)
rpeurach@gdakmak.com

Subscribed and sworn to before me
this 15th day of August, 2018

/s/ Theresa A. Speir

Theresa A. Speir, Notary Public
State of Michigan, County of Wayne
My commission expires: 3/7/19
Acting in the County of: Wayne

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGLA L. GATES,　　　　　　　　　　　Case No. 18-47902-MBM
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor.　　　　　　　　　　HON. MARCI B. MCIVOR
_____/

## STATEMENT OF CONSENT TO TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEYS

The office of the U.S. Trustee, having reviewed the Trustee's Application for Authority to Employ Attorneys, hereby consents to the employment of Dakmak Peurach, P.C. as attorneys for the Trustee pursuant to the terms described in the Application.

Consented to and Approved:

　　　　　　　　　　　　　　　　　DANIEL M. MCDERMOTT
　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　Region 9

　　　　　　　　　　　　　　　　　/s/ Ronna G. Jackson (with consent)
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Ronna G. Jackson
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　Office of the U.S. Trustee
　　　　　　　　　　　　　　　　　211 W. Fort St., Ste. 700
　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　(313) 226-7934/226-7952 (fax)
Date: August 29, 2018　　　　　　　Ronna.G.Jackson@usdoj.gov