**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:                                          Chapter 7 No. 18-47902-mbm

Angela L Gates

                    Debtor.                     Hon. Marci B. McIvor

_____/

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Thomas D Wininger | Wendy Turner Lewis |
|---|---|---|
| U.S. Bankruptcy Court | 21710 E 9 Mile Rd | 444 West Willis Street |
| 211 W Fort St | Saint Clair Shores, MI 48080 | Suite #101 |
| Detroit, MI 48226 | | Detroit, MI 48201 |

PLEASE ENTER our Appearance as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper . Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

This appearance shall act as the appearance of every member of  Trott Law, P.C., and is not limited to the attorneys listed below.

Respectfully Submitted,
Trott Law, P.C.

*Shawn C. Drummond*

Dated: February 12, 2019     /S/ Shawn C. Drummond (P58471)
~~/S/ Heather Burnard (P66321)~~
~~/S/ Rose Merithew (P73319)~~
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628